DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KENNETH MICHAEL POLLAK,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D16-1977

[ July 13, 2017 ]

Appeal of order denying 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Lawrence Michael Mirman, Judge; L.T. Case No. 432003CF000991A.

Kenneth Michael Pollak, Okeechobee, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Don M. Rogers, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., WARNER and TAYLOR, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***